# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Steven Canoncio, | Case No. 2:23-cv-01546-CDS-EJY |
| Petitioner | **Order Dismissing Petition, Denying Certificate of Appealability, and Closing Case** |
| v. | |
| Nevada Department of Corrections, et al. | |
| Respondents | |

Steven Canonico has submitted a pro se petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. ECF No. 1-1. The court directed Canonico to either pay the fee or file a completed application to proceed *in forma pauperis*. *See* ECF No. 4 (citing 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2). That order was served on Canonico at his address of record (*see id.*) and there is no information that the order was returned undeliverable. More than the allotted time has passed, and Canonico has not complied with the order or contacted the court in any manner. Accordingly, this action is dismissed without prejudice as improperly commenced.

It is therefore ordered that the Clerk of Court detach and file the petition. ECF No. 1-1.

It is further ordered that the petition is dismissed without prejudice as set forth in this order.

It is further ordered that a certificate of appealability will not issue.

The Clerk is kindly directed to enter judgment accordingly and close this case.

Dated: January 17, 2024

_____
United States District Judge